B6A (Official Form 6A) (12/07)

In re **D & D Hospitality, LLC**, Case No. **11-83081**
                                      Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Comfort Suites Gainesville (4 story, 72 room hotel)**<br>**1715 North Interstate 35**<br>**Gainesville, TX. 76240** | | - | 2,800,000.00 | 4,737,593.56 |

|  | Sub-Total > | **2,800,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **2,800,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **D & D Hospitality, LLC** , Case No. **11-83081**
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0723** <br><br>**First Citizens Bank** <br>**27710 Jefferson Ave.** <br>**Suite 100** <br>**Temecula, CA 92590** | | - | **Comfort Suites Gainesville (4 story, 72 room hotel)** <br>**1715 North Interstate 35** <br>**Gainesville, TX. 76240** | | | | | |
| | | | Value $     **2,800,000.00** | | | | **255,976.52** | **255,976.52** |
| Account No. **xxx-xxx-6006** <br><br>**Little Rock Loan Servicing Center** <br>**Small Business Administration** <br>**2120 Riverfront Drive, Ste. 100** <br>**Little Rock, AR 72202-1794** | | - | **Comfort Suites Gainesville (4 story, 72 room hotel)** <br>**1715 North Interstate 35** <br>**Gainesville, TX. 76240** | | | | | |
| | | | Value $     **2,800,000.00** | | | | **1,591,923.20** | **1,368,419.31** |
| Account No. <br><br>**North Texas Hotel Group** <br>**207 Hillside Lane** <br>**Lindsay, TX 76250** | | - | **Comfort Suites Gainesville (4 story, 72 room hotel)** <br>**1715 North Interstate 35** <br>**Gainesville, TX. 76240** | | | | | |
| | | | Value $     **2,800,000.00** | | | | **313,197.73** | **313,197.73** |
| Account No. **xxxxxx0018** <br><br>**US Bank** <br>**PO BOX 790401** <br>**Saint Louis, MO 63179-0401** | | - | **Comfort Suites Gainesville (4 story, 72 room hotel)** <br>**1715 North Interstate 35** <br>**Gainesville, TX. 76240** | | | | | |
| | | | Value $     **2,800,000.00** | | | | **2,576,496.11** | **0.00** |
| **0** continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | **4,737,593.56** | **1,937,593.56** |
| | | | Total <br>(Report on Summary of Schedules) | | | | **4,737,593.56** | **1,937,593.56** |

In re  **D & D Hospitality, LLC**                                              ,   Case No. **11-83081**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0** continuation sheets attached

# United States Bankruptcy Court
## Northern District of Alabama

In re: **D & D Hospitality, LLC**  
Debtor(s)

Case No. **11-83081**  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 11,750.00 |
   | Prior to the filing of this statement I have received | $ 11,750.00 |
   | Balance Due | $ 0.00 |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]
   **Amount received includes 1,750.00 for pre-bankruptcy legal services, and a 10,000.00 retainer against court-approved hourly work to be done in this case by debtor's counsel.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 28, 2011**

/s/ Tazewell T. Shepard  
**Tazewell T. Shepard**  
**Sparkman, Shepard & Morris, P.C.**  
**P.O. Box 19045**  
**Huntsville, AL 35804**  
**256-512-9924  Fax: 256-512-9837**  
**taze@tshepard.com**

---

First Citizens Bank
27710 Jefferson Ave.
Suite 100
Temecula CA 92590

Choice Hotels International
PO Box 79882
Baltimore MD 21279-9882

JanPak DFW
3101 High River Road. STE 101
Fort Worth TX 76155

Little Rock Loan Servicing Center
Small Business Administration
2120 Riverfront Drive, Ste. 100
Little Rock AR 72202-1794

Choice Hotels International
PO Box 99992
Chicago IL 60696-7792

Lamar Outdoor Advertising
2931 Texoma Drive
PO Box 1482
Denison TX 75020

North Texas Hotel Group
207 Hillside Lane
Lindsay TX 76250

Courtsey Products LLC
PO BOX 840020
Kansas City MO 64184-0020

Maynard, Cooper, & Gale, PC
1901 Sixth Avenue North
2400 Regions/Herbert Plaza
Birmingham AL 35203

US Bank
PO BOX 790401
Saint Louis MO 63179-0401

Dow Jones & Company
PO BOX 7001
Chicopee MA 01021-9903

Morris Cross Roofing
1466 CRr 107
Whitesboro TX 76273

Parminder Dhaliwal
32210 Highway 377 North
Gordonville TX 76245

Fire and Safety
1601 MLK Jr. Blvd.
Wichita Falls TX 76307

New Carbon Distributing
PO BOX 71
Buchanan MI 49107

Airco Services
6510 Abrams Road, Suite 320
Dallas TX 75231

Gagandeep Dhaliwal
PO Box 2675
Huntsville AL 35804

Orkin Pest Control
PO Box 3208
Sherman TX 75091

All Seasons Landscapes, LP
PO Box 880
Gainesville TX 76241-0880

Glass Doctor of Texoma
PO Box 1644
Gainesville TX 76241

Paramount Alarm Systems, Inc
PO Box 195489
Dallas TX 75219

American Hotel Register Company
16458 Collection Ctr. Dr.
Chicago IL 60693

Golden Triangle
1516 Masch Branch Road, Suite B
Denton TX 76207

Pool Services
TOM McElvain
1306 College View
Gainesville TX 76240

Ben Keith
PO Box 901001
Fort Worth TX 76101

Guest Supply Company
PO Box 910
Monmouth Junction NJ 08852-0910

Royal Cup
PO Box 170971
Birmingham AL 35217

Seigers Plumbing Compnay
PO Box 1004
Gainesville TX 76241


Terminex Commercial
4601 LANGLAND RD SUITE 101
Dallas TX 75244


Thyssenkrupp Elevator
2220 Chemsearch Blvd.
Irving TX 75038


Western Printing Company
PO BOX 1276
Aberdeen SD 57402


Corky Vickers
27708 Jefferson Ave, Suite 100
Temecula CA 92590


David G. Drumm,Substitute Trustee Carrin
901 Main Stree, Suite 5500
Dallas TX 75202


Mr. Zane Wilson, Esq.
U.S. Small Business Administration
2120 Riverfront Drive, Ste. 100
Little Rock AR 72202


Ms. Gail Shulte / Loan Specialist
 Small Business Administration
2120 Riverfront Drive, Ste. 100
Little Rock AR 72202-1794


Raj Patel
Hampton Inn & Suites
1718 N. Cockrell Hill Rd.
Dallas TX 75211